# EXHIBIT 1

# DECLARATION OF JASON WHITE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT MOODY, | |
| Petitioner, | CIVIL ACTION NO. 2:22-cv-88 |
| v. | |
| L. GETER et al., | |
| Respondent. | |

## DECLARATION OF JASON WHITE

I, Jason White, under penalty of perjury pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration concerning the above entitled matter.

1. I am employed as an Attorney-Advisor by the Federal Bureau of Prisons at the Southeast Regional Office, located in Atlanta, Georgia. I have been employed by the Federal Bureau of Prisons since January 2011.

2. As part of my duties, I have access to official BOP records maintained in the regular course of business by the BOP, including records contained in the SENTRY database relating to many aspects of an inmate's confinement.

3. Plaintiff, Robert Moody, Federal Register number 22324-021, is a Bureau of Prisons (BOP) inmate, currently residing at Federal Correctional Institution at Jesup, Georgia. *See Attachment 1, Public Information Inmate Data*. Plaintiff is serving a 151-month sentence for "Receipt of Child Pornography." *See Attachment 1, Public Information Inmate Data*. Plaintiff's projected date of release is July 1, 2028, via good conduct release. *Id*.

4. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that this information is true and correct to the best of my knowledge.

Executed this ___20th_____ day of April 2023 in Atlanta, Georgia.

                                            ____/s Jason White_____
                                            Jason White
                                            Attorney-Advisor
                                            Federal Bureau of Prisons
                                            Southeast Regional Office

# ATTACHMENT 1 TO EXHIBIT 1

# PUBLIC INFORMATION INMATE DATA

```
 SERCJ            *         PUBLIC INFORMATION            *      03-23-2023
PAGE 001          *            INMATE DATA                *      13:21:02
                             AS OF 03-23-2023


REGNO..: 22324-021 NAME: MOODY, ROBERT ANTHONY

                      RESP OF: JES
                      PHONE..: 912-427-0870    FAX: 912-427-1125
                                               RACE/SEX...: WHITE / MALE
                                               AGE:  58
PROJ REL MT: GOOD CONDUCT TIME RELEASE          PAR ELIG DT: N/A
PROJ REL DT: 07-01-2028                         PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

```
  SERCJ         *         PUBLIC INFORMATION          *     03-23-2023
PAGE 002        *            INMATE DATA              *     13:21:02
                         AS OF 03-23-2023


REGNO..: 22324-021 NAME: MOODY, ROBERT ANTHONY

                   RESP OF: JES
                   PHONE..: 912-427-0870   FAX: 912-427-1125
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 01-01-2028

THE INMATE IS PROJECTED FOR RELEASE: 07-01-2028 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: GEORGIA, SOUTHERN
DOCKET NUMBER...................: 4:17CR00256-1
JUDGE...........................: HALL
DATE SENTENCED/PROBATION IMPOSED: 05-18-2018
DATE COMMITTED..................: 06-29-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $100.00        $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT: $9,800.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   512     18:2251-2,2260 OBSCENE MATTR
OFF/CHG: 18:2252A(A)(2) & 18:2252A(B)(1) RECEIPT OF CHILD PORNOGRAPHY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    151 MONTHS
 TERM OF SUPERVISION............:     25 YEARS
 DATE OF OFFENSE................: 10-10-2017




G0002        MORE PAGES TO FOLLOW . . .
```

```
 SERCJ            *         PUBLIC INFORMATION        *      03-23-2023
PAGE 003 OF 003  *            INMATE DATA             *      13:21:02
                            AS OF 03-23-2023

REGNO..: 22324-021 NAME: MOODY, ROBERT ANTHONY

                   RESP OF: JES
                   PHONE..: 912-427-0870   FAX: 912-427-1125
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-16-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-28-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-18-2018
TOTAL TERM IN EFFECT............:   151 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS       7 MONTHS
EARLIEST DATE OF OFFENSE........: 10-10-2017

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-10-2017    05-17-2018

TOTAL PRIOR CREDIT TIME.........: 220
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 679
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 07-01-2028
ELDERLY OFFENDER TWO THIRDS DATE: 03-01-2026
EXPIRATION FULL TERM DATE.......: 05-11-2030
TIME SERVED.....................:     5 YEARS      5 MONTHS     14 DAYS
PERCENTAGE OF FULL TERM SERVED..:  43.3
PERCENT OF STATUTORY TERM SERVED:  50.8

PROJECTED SATISFACTION DATE.....: 07-01-2028
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```