IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT MOODY,

       Plaintiff,

v.

D. WARD, et al.,

       Defendants.

CIVIL ACTION NO.: 2:22-cv-88

**O R D E R**

    This matter is before the Court on Plaintiff's second Motion to Appoint Counsel. Doc. 53.  The Court has already denied Plaintiff's previous request for appointed counsel. Docs. 42, 45.  As the Court explained, in this civil case, Plaintiff has no constitutional right to appointed counsel.  Additionally, the circumstances of this case are not so complex to prevent Plaintiff from presenting "the essential merits of his position" to the Court.  Doc. 45.  Plaintiff does not show in his latest Motion the circumstances of this case have changed in any way which would warrant the appointment of counsel since the Court's previous Order denying Plaintiff's same request.  While the Court undestands Plaintiff's concerns about his legal capabilities, he has not shown those concerns affect his ability to litigate his cause of action.  In addition, the Court directed service of Plaintiff's Complaint, doc. 9, provided guidance to Plaintiff for these proceedings, including how to conduct discovery, and has directed Plaintiff to file a response to the Federal Defendants' motion to dismiss, docs. 49, 50.  Further, Plaintiff has filed several matters in this case, and nothing in these filings indicates Plaintiff has difficulty in representing

his own interests in this case. For these reasons, the Court **DENIES** Plaintiff's Motion to Appoint Counsel.

**SO ORDERED**, this 5th day of May, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA