IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROBERT MOODY, | |
| Plaintiff, | CIVIL ACTION NO.: 2:22-cv-88 |
| v. | |
| L. GETER, et al., | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Defendant Byron's Motion for Modification of Scheduling Order and the Federal Defendants' Motion to Stay.[1]  Docs. 51, 52.  In the Motion to Stay, the Federal Defendants request a stay of their discovery deadlines until the Court rules on their motion to dismiss.  Doc. 52 at 1–2.  Defendant Byron does not join the Federal Defendants' Motion to Stay, as he does not have a pending motion to dismiss.  Instead, Defendant Byron seeks a 45-day extension of the expert disclosure and expert report deadline in his case to June 14, 2023.  Doc. 51 at 2–3.  Defendant also asks the Court to extend the remaining deadlines accordingly.  Id. at 3.  Plaintiff has not filed a response to either Motion, and the time to do so has elapsed.  Failure to respond to a motion indicates there is no opposition to that motion.  Local R. 7.5.

The Court hereby **GRANTS** Defendant Byron's Motion and the Federal Defendants' Motion as unopposed.  The Court **STAYS** the discovery deadlines as to the Federal Defendants until the resolution of the Federal Defendants' motion to dismiss.  If any claims remain pending

---

[1] "Federal Defendants" consist of Defendants Bolaji, Coleman, Drury, Grimes, Hanchey, Scott, and Ward.  Doc. 52 at 1.

after resolution of the motion to dismiss, this stay shall lift automatically.

Additionally, the Court enters the following schedule for discovery as to Defendant Byron:

| EVENT | DEADLINE |
|---|---|
| Defendant's Expert Report Deadline | June 14, 2023 |
| Close of Discovery | August 3, 2023 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | September 2, 2023 |
| Pre-Trial Order | October 2, 2023 |

**SO ORDERED**, this 17th day of May, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA