# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

ROBERT MOODY,

      Plaintiff,

    v.

D. WARD, et al.,

      Defendants.

2:22-cv-88

### ORDER

The Magistrate Judge issued a Report wherein he recommended the Court grant Defendant Byron's Motion for Summary Judgment and dismiss Plaintiff's claims against Defendant Byron.  Dkt. No. 76. Plaintiff filed Objections to this Report and Recommendation. Dkt. No. 78-1.

In his Objections, Plaintiff recounts certain facts the Magistrate Judge set forth as the undisputed material facts in this case.  See id. at 2-6.  While Plaintiff asserts these statements are false, he offers nothing to support this assertion, either in his Objections or in response to Defendant Byron's Motion for Summary Judgment.  Plaintiff fails to show there exists a genuine dispute of material fact that is supported by the record. In short, Plaintiff has failed to show Defendant Byron is not entitled to summary judgment on Plaintiff's claim.

The Court **OVERRULES** Plaintiff's Objections.  The Court concurs with and **ADOPTS** the Report and Recommendation as the opinion of the Court.  I **GRANT** Defendant Byron's Motion for Summary Judgment, **DISMISS** Plaintiff's claims against Defendant Byron, **DIRECT** the Clerk of Court to enter the appropriate judgment, and **DENY** Plaintiff *in forma pauperis* on appeal.

**SO ORDERED**, this 25 day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA