# In the United States District Court for the Southern District of Georgia
## Brunswick Division

```
ROBERT MOODY,

        Plaintiff,                      2:22-cv-88

     v.

D. WARD, et al.,

        Defendants.
```

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 77. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **GRANT** Defendants Aremu, Coleman, Drury, Grimes, Hanchey, Scott, and Ward's Motion to Dismiss, **DISMISS** Plaintiff's claims against these Defendants, and **DIRECT** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case. I also **DENY** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 25 day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA